# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D22-2026
_____

SEAN WEBKING,

Appellant,

v.

EMILY NORWOOD (F.K.A.
Webking),

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

September 7, 2022

PER CURIAM.

DISMISSED.

KELSEY, JAY, and M.K. THOMAS, JJ., CONCUR.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sean Webking, pro se, Appellant.

No appearance for Appellee.